SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ALEXIS A. LIEN, OSB #110569**
Assistant United States Attorney
alexis.lien@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000

BRETT SHUMATE
Assistant Attorney General
KIRK T. MANHARDT
TERRANCE A. MEBANE
**THOMAS PORTS, Va. Bar 84321**
thomas.ports@usdoj.gov
**ALEXIS DANIEL, In. Bar 35718-53**
alexis.daniel2@usdoj.gov
U.S. Department of Justice
Civil Division, Commercial Litigation Branch
P.O. Box 875,
Ben Franklin Station
Washington, D.C. 20044-0875
Telephone: (202) 307-0488
*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>    Plaintiff,<br><br>          v.<br><br>**PACIFICORP** and<br>**PACIFIC POWER,**<br><br>          **Defendants.** | 3:24-cv-02102-JR<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR STAY** |

**Plaintiff's Unopposed Motion for Stay**                                                                                   Page 1

## CERTIFICATE OF COMPLIANCE WITH LR 7-1

Counsel for Plaintiff certifies that they conferred with Defendants' counsel regarding this motion, and Defendants do not oppose this motion.

## MOTION

Plaintiff the United States of America ("Plaintiff"), by Scott E. Bradford, United States Attorney for the District of Oregon, through Alexis A. Lien, Assistant United States Attorney, submits this motion to stay proceedings. There is good cause to grant this request.

At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

Absent an appropriation, Department of Justice attorneys and employees are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

We request a stay of this case until Congress has restored appropriations to the Department. This stay would require moving the current deadline of October 27, 2025, to file a formal joint Rule 26(f) Report and Discovery Plan and the Telephonic Rule 16 Conference set for October 28, 2025.

If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests this Court grant its motion to stay.

| | |
|---|---|
| Dated:   October 21, 2025. | Respectfully submitted, |
| BRETT SHUMATE<br>Assistant Attorney General<br>KIRK T. MANHARDT<br>Director<br>TERRANCE MEBANE<br>Assistant Director<br><br> /s/ Alexis Daniel<br>**ALEXIS DANIEL, In. Bar 35718-53**<br>Trial Attorney<br>alexis.daniel2@usdoj.gov<br>**THOMAS PORTS, Va. Bar 84321**<br>Trial Attorney<br>thomas.ports@usdoj.gov<br>U.S. Department of Justice<br>Civil Division<br>Commercial Litigation Branch<br>P.O. Box 875<br>Ben Franklin Station<br>Washington, D.C. 20044-0875<br>Tel: (202) 307-0488<br>Fax: (202) 514-9163<br>*Attorneys for the United States of America* | SCOTT E. BRADFORD<br>United States Attorney<br>District of Oregon<br><br> /s/ Alexis A. Lien<br>**ALEXIS A. LIEN, OSB #110569**<br>Assistant United States Attorney<br>alexis.lien@usdoj.gov<br>Tel: (503) 727-1000 |